IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Michael Mahaffey, #186794,               )
                                         )
                Plaintiff,                )
                                         )     Civil Action No. 3:07-1831-SB
v.                                        )
                                         )     **ORDER**
Officer Washington; Officer Barnett;      )
and Sergeant Nobles,                      )
                                         )
                Defendants.               )
_____)

This matter is before the Court upon the Plaintiff's pro se complaint, which alleges violations of his constitutional rights pursuant to 42 U.S.C. § 1983. By local rule, this matter was referred to a United States Magistrate Judge for preliminary determinations.

On June 9, 2008, Magistrate Judge Joseph R. McCrorey issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court dismiss the Plaintiff's complaint for failure to prosecute and/or comply with the orders of the Court pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Attached to the R&R was a notice advising the Plaintiff of the right to file specific, written objections to the R&R within 10 days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, there are no portions of the R&R to which the Court must conduct a de novo review. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order

of this Court, and it is

**ORDERED** that the Plaintiff's complaint is dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

_____
The Honorable Sol Blatt, Jr.
Senior United States District Judge

July __8__, 2008
Charleston, South Carolina